# EXHIBIT B

JAMES F. MURDICA (SBN 315412)
  JMurdica@btlaw.com
SARAH E. JOHNSTON (SBN 259504)
  Sarah.Johnston@btlaw.com
NOUSHAN NOUREDDINI (SBN 278512)
  NNoureddini@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:    (310) 284-3880
Facsimile:    (310) 284-3894

Attorneys for Defendants
JOHNSON & JOHNSON (incorrectly named as
"Johnson & Johnson, Inc."); JOHNSON & JOHNSON
CONSUMER INC., f/k/a and Successor-in-Interest to
NEUTROGENA CORPORATION (incorrectly named
as "NEUTROGENA")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JESSICA MARCH,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, INC., a New<br>Jersey Corporation; NEUTROGENA; and<br>DOES 1 through 100, Inclusive,<br><br>        Defendants. | Case No. 3:21-cv-4044<br><br>**DECLARATION OF MARC LARKINS IN<br>SUPPORT OF NOTICE OF REMOVAL OF<br>ACTION UNDER 28 U.S.C. SECTIONS<br>1332, 1441(b), AND 1446 (DIVERSITY)**<br><br>Complaint Filed: April 23, 2021 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

I, MARC LARKINS, declare that:

1.      I am and since March 1, 2021 have been an Assistant Secretary of Johnson & Johnson ("J&J") and since April 14, 2021 have been an Assistant Secretary of Johnson & Johnson Consumer Inc. ("JJCI"), a subsidiary of J&J and the successor-in-interest to Neutrogena Corporation as a result of the transactions set forth below. I have personal knowledge of all of the facts set forth in this Declaration. If called and sworn as a witness, I could and would testify as set forth in this Declaration. I base my statements upon information obtained from various sources, including my own personal experience as an Assistant Secretary of J&J and JJCI, the assistance and advice of counsel, as well as corporate records and documents or information obtained or kept by J&J and/or JJCI and their employees in the regular course of business.

2.      This Declaration is provided regarding the action brought by Plaintiff Jessica March in the case numbered CIVMSC21-00836 in the Superior Court of California, County of Contra Costa.

3.      I am familiar with the corporate structure of J&J. J&J is a holding company that directly or indirectly owns an array of companies producing consumer healthcare, medical device, and pharmaceutical products. J&J directly or indirectly owns many operating companies with offices and operations located in virtually every country in the world. J&J is now, and was at the time Plaintiff commenced this action, a corporation incorporated under the laws of the State of New Jersey, with its principal place of business in New Brunswick, New Jersey.

4.      I am familiar with the corporate structure of JJCI and its predecessors. Neutrogena Corporation was a California corporation until on or about 1988, when it was merged into Neutrogena Corporation, a Delaware corporation. A true and correct copy of the Certificate of Merger of the California corporation into the Delaware corporation of the same name is attached to this Declaration as **Exhibit 1**. On June 29, 2015, the surviving Neutrogena Corporation was converted to an LLC and became Neutrogena, LLC. A true and correct copy of the Certificate of Conversion filed with the Delaware Secretary of State is attached to this Declaration as **Exhibit 2**. Subsequently, on the same day, Neutrogena, LLC and other companies, including Johnson & Johnson Consumer Companies, LLC, were merged into McNeil-PPC, Inc., a New Jersey

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

corporation and the surviving company, which thereafter changed its name to Johnson & Johnson Consumer Inc. A true and correct copy of the Certificate of that Merger filed with the New Jersey Treasurer is attached to this Declaration as **Exhibit 3**. A true and correct copy of Name Change Certificate of Qualification filed with the California Secretary of State, whereby the corporate name of McNeil-PPC, Inc. was changed to Johnson & Johnson Consumer Inc., is attached to this Declaration as **Exhibit 4**. Neutrogena Corporation surrendered its independent right to transact interstate business in the State of California, as set forth in the true and correct copy of the Certificate of Surrender of Right to Transact Business, filed with the California Secretary of State, attached to this Declaration as **Exhibit 5**.

5. The surviving corporation of these transactions, Johnson & Johnson Consumer Inc., is and at all relevant times has been qualified to do business in the State of California. A true and correct copy of the most recent Statement of Information JJCI filed with the California Secretary of State is attached to this Declaration as **Exhibit 6**.

6. JJCI, a wholly-owned indirect subsidiary of J&J, is now, and was at the time Plaintiff commenced this action, a corporation incorporated under the laws of the State of New Jersey with its principal place of business in Skillman, New Jersey.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 25th day of May, 2021 in New Brunswick, New Jersey.

Marc Larkins

**DECLARATION OF MARC LARKINS IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332, 1441(b), AND 1446 (DIVERSITY)**

EXHIBIT 1

438239
OUT

### State of Delaware



FILED
In the office of the Secretary of State
of the State of California

FEB 23 1988

March Fong Eu
MARCH FONG EU, Secretary of State

## Office of Secretary of State

I, MICHAEL HARKINS, SECRETARY OF STATE OF THE STATE OF

DELAWARE DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT

COPY OF THE CERTIFICATE OF AGREEMENT OF MERGER OF "NEUTROGENA

CORPORATION" A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS

OF THE STATE OF CALIFORNIA, MERGING WITH AND INTO "NEUTROGENA

CORPORATION", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS

OF THE STATE OF DELAWARE UNDER THE NAME OF "NEUTROGENA

CORPORATION" AS RECEIVED AND FILED IN THIS OFFICE THE SEVENTEENTH

DAY OF FEBRUARY, A.D. 1988, AT 1:45 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID

CORPORATION SHALL BE GOVERNED BY LAWS OF THE STATE OF DELAWARE.

: : : : : : : : : :

Michael Harkins, Secretary of State

AUTHENTICATION: 588026

DATE: 02/17/1988

888048108

EXHIBIT 1                    5

<u>AGREEMENT AND PLAN OF MERGER</u>

<u>PARTIES:</u>

THIS AGREEMENT AND PLAN OF MERGER ("Merger Agreement"), is entered into by and between Neutrogena Corporation, a California corporation ("California"), and Neutrogena Corporation, a Delaware corporation ("Delaware").

<u>RECITALS:</u>

1.  California is a corporation duly organized and existing under the laws of the State of California.

2.  Delaware is a corporation duly organized and existing under the laws of the State of Delaware.

3.  On the date of this Merger Agreement California has authority to issue 33,750,000 shares of Common Stock (the "California Common Stock"), of which 20,761,728 shares are issued and outstanding, and 1,000,000 shares of preferred stock, none of which are issued or outstanding.

4.  On the date of this Merger Agreement Delaware has authority to issue 47,000,000 shares of stock, 40,000,000 shares of which represent Common Stock, par value $.001 per share (the "Delaware Common Stock"), with 100 shares issued and outstanding and owned by California, and 7,000,000 shares of which represent preferred stock, par value $.001 per share, with no shares issued and outstanding

5.  The respective Boards of Directors of California and Delaware have determined that it is advisable and in the best interests of each of such corporations that California merge with and into Delaware upon the terms and subject to the conditions of this Merger Agreement for the purpose of effecting the reincorporation of California in the State of Delaware.

6.  The respective Boards of Directors of California and Delaware have, by resolutions duly adopted, approved this Merger Agreement. California has adopted this Merger Agreement as the sole stockholder of Delaware and the Board of Directors of California has directed that this Merger

1

EXHIBIT 1                    6

Agreement be submitted to a vote of its stockholders a majority of whom must approve this Merger Agreement for it to become effective.

7. The parties intend by this Agreement to effect a "reorganization" under Section 368 of the Internal Revenue Code of 1986, as amended.

TERMS AND PROVISIONS:

In consideration of the foregoing Recitals and of the following Terms and Provisions, and subject to the following conditions, it is agreed:

1. <u>Merger</u>. California shall be merged with and into Delaware (the "Merger"), and Delaware shall be the surviving corporation (hereinafter sometimes referred to as the "Surviving Corporation"). The Merger shall become effective upon the time and date of filing of a Certificate of Merger by the Secretary of State of the State of Delaware and the filing of such other documents as may be required under applicable law ("Effective Time").

2. <u>Governing Documents</u>. (a) The Certificate of Incorporation of Delaware, as it may be amended or restated, and as in effect immediately prior to the Effective Time, shall be the Certificate of Incorporation of the Surviving Corporation without further change or amendment until thereafter amended in accordance with the provisions thereof and applicable law.

(b) The By Laws of Delaware as in effect immediately prior to the Effective Time shall be the By Laws of the Surviving Corporation without change or amendment until thereafter amended in accordance with the provisions thereof and applicable law.

3. <u>Officers and Directors</u>. The persons who are officers and directors of California immediately prior to the Effective Time shall, after the Effective Time, be the officers and directors of the Surviving Corporation, without change until their successors have been duly elected and qualified and shall be classified into three classes in accordance with the Certificate of Incorporation of the Surviving Corporation as follows unless otherwise approved by the stockholders of California at the 1988 Annual Meeting:

2

EXHIBIT 1                    7

Class I (to hold office until 1989) - Kenneth Lipper and Robert A. McCabe

Class II (to hold office until 1990)- Jacqueline Brandwynne Cotsen, Sidney Dworkin and Dr. Ronald E. Cape

Class III (to hold office until 1991) - Lloyd E. Cotsen, Charles M. Diker and Chester L. Firestein

4. <u>Succession</u>. At the Effective Time, the separate corporate existence of California shall cease, and the Surviving Corporation shall possess all the rights, privileges, powers and franchises of a public and private nature and be subject to all the restrictions, disabilities and duties of California; and all and singular, the rights, privileges, powers and franchises of California, and all property, real, personal and mixed, and all debts due to California on whatever account, as well for share subscriptions and all other things in action, shall be vested in the Surviving Corporation; and all property, rights, privileges, powers and franchises, and all and every other interest shall be thereafter as effectually the property of the Surviving Corporation as they were of California, and the title to any real estate vested by deed or otherwise shall not revert or be in any way impaired by reason of the Merger; but all rights of creditors and all liens upon any property of California shall be preserved unimpaired, and all debts, liabilities and duties of California shall thenceforth attach to the Surviving Corporation and may be enforced against it to the same extent as if such debts, liabilities and duties had been incurred or contracted by it. All corporate acts, plans, policies, agreements, arrangements, approvals and authorizations of California, its shareholders, Board of Directors and committees thereof, officers and agents which were valid and effective immediately prior to the Effective Time, shall be taken for all purposes as the acts, plans, policies, agreements, arrangements, approvals and authorizations of the Surviving Corporation and shall be as effective and binding thereon as the same were with respect to California. The employees and agents of California shall become the employees and agents of the Surviving Corporation and continue to be entitled to the same rights and benefits which they enjoyed as employees and agents of California.

5. <u>Further Assurances</u>. From time to time, as and when required by the Surviving Corporation or by its

3

EXHIBIT 1                    8

successors and assigns, there shall be executed and delivered on behalf of California such deeds assignments and other instruments, and there shall be taken or caused to be taken by it all such further and other action, as shall be appropriate or necessary in order to vest, perfect or confirm, of record or otherwise, in the Surviving Corporation the title to and possession of all property, interests, assets, rights, privileges, immunities, powers, franchises and authority of California and otherwise to carry out the purposes of this Merger Agreement, and the officers and directors of the Surviving Corporation are fully authorized in the name and on behalf of California or otherwise, to take any and all such action and to execute and deliver any and all such deeds, assignments and other instruments.

6. <u>Conversion of Shares</u>. At the Effective Time, by virtue of the Merger and without any action on the part of the holder thereof:

(a) Each share of California Common Stock outstanding immediately prior to the Effective Time shall be changed and converted into and shall be one fully paid and nonassessable share of Delaware Common Stock.

(b) The 100 shares of Delaware Common Stock issued and outstanding in the name of California shall be cancelled and retired and resume the status of authorized and unissued shares of Delaware Common Stock.

7. <u>Stock Certificates</u>. At and after the Effective Time, all of the outstanding certificates which immediately prior to the Effective Time represented shares of California Common Stock shall be deemed for all purposes to evidence ownership of, and to represent, shares of, Delaware Common Stock into which the shares of California Common Stock formerly represented by such certificates have been converted as herein provided. The registered owner on the books and records of California or its transfer agent of any such outstanding stock certificate shall, until such certificate shall have been surrendered for transfer or otherwise accounted for to the Surviving Corporation or its transfer agent, have and be entitled to exercise any voting and other rights with respect to and to receive any dividends and other distributions upon the shares of Delaware Common Stock evidenced by such outstanding certificate as above provided.

8. <u>Options</u>. Each right in or to, or option to purchase, shares of California Common Stock, granted under

4

EXHIBIT 1                    9

the Neutrogena Corporation Incentive Stock Option Plan, the Neutrogena Corporation 1981 Executive Stock Option Plan, the Neutrogena Corporation 1983 Stock Option Plan, the Neutrogena Corporation Special Stock Option Plan, and, subject to its approval by the stockholders of California at the 1988 Annual Meeting, the Neutrogena Corporation 1988 Stock Incentive Plan (the "Plans") which are outstanding immediately prior to the Effective Time, shall, by virtue of the Merger and without any action on the part of the holder thereof, be converted into and become a right in or to, or an option to purchase at the same option price per share, the same number of shares of Delaware Common Stock, upon the same terms and subject to the same conditions as set forth in the Plans as in effect at the Effective Time. The same number of shares of Delaware Common Stock shall be reserved for purposes of the Plans as is equal to the number of shares of California Common Stock so reserved as of the Effective Time. As of the Effective Time, the Surviving Corporation hereby assumes the Plans and all obligations of California under the Plans including the outstanding rights or options or portions thereof granted pursuant to the Plans.

9. <u>Other Employee Benefit Plans</u>. As of the Effective Time, the Surviving Corporation hereby assumes all obligations of California under any and all employee benefit plans in effect as of the Effective Time or with respect to which employee rights or accrued benefits are outstanding as of the Effective Time.

10. <u>Conditions</u>. Consummation of the Merger and related transactions is subject to satisfaction of the following conditions prior to the Effective Time:

(a) The Merger shall have received the requisite approval of the holders of California Common Stock and all necessary action shall have been taken to authorize the execution, delivery and performance of this Merger Agreement by California and Delaware.

(b) All regulatory approvals necessary or desirable in connection with the consummation of the Merger and the transactions contemplated thereby shall have been obtained.

(c) No suit, action, proceeding or other litigation shall have been commenced or threatened to be commenced which, in the opinion of California or Delaware would pose a material restriction on or impair consummation

5

EXHIBIT 1          10

of the Merger, performance of this Merger Agreement or the conduct of the business of Delaware after the Effective Time, or create a risk of subjecting California or Delaware, or their respective shareholders, officers, or directors, to material damages, costs, liability or other relief in connection with the Merger or this Merger Agreement.

(d)   The shares of Delaware Common Stock to be issued or reserved for issuance shall, if required, have been approved for listing on the National Market as over-the-counter margin stock, upon official notice of issuance by the National Association of Securities Dealers, Inc.

11.   <u>Governing Law</u>.   This Merger Agreement shall be governed by and construed in accordance with the laws of the State of California applicable to contracts entered into and to be performed wholly within the State of California, except to the extent that the laws of the State of Delaware are mandatorily applicable to the Merger.

12.   <u>Amendment</u>.   Subject to applicable law and subject to the rights of California's shareholders further to approve any amendment which would have a material adverse effect on such shareholders, this Merger Agreement may be amended, modified or supplemented by written agreement of the parties hereto at any time prior to the Effective Time with respect to any of the terms contained herein.

13.   <u>Deferral or Abandonment</u>.   At any time prior to the Effective Time, this Merger Agreement may be terminated and the Merger may be abandoned or the time of consummation of the Merger may be deferred for a reasonable time by the Board of Directors of either California or Delaware or both, notwithstanding approval of this Merger Agreement by the shareholders of California or the shareholders of Delaware, or both, if circumstances arise which, in the opinion of the Board of Directors of California or Delaware, make the Merger inadvisable or such deferral of the time of consummation advisable.

14.   <u>Counterparts</u>.   This Merger Agreement may be executed in any number of counterparts each of which when taken alone shall constitute an original instrument and when taken together shall constitute but one and the same Agreement.

15.   <u>Assurances</u>.   California and Delaware agree to execute any and all documents, and to perform such other

6

EXHIBIT 1                    11

acts, which may be necessary or expedient to further the purposes of this Merger Agreement.

IN WITNESS WHEREOF, California and Delaware have caused this Merger Agreement to be signed by their respective duly authorized officers and delivered this ____17____ day of ____February____, 1988.

NEUTROGENA CORPORATION
A California corporation

By: _____
President

ATTEST:

By: _____
Secretary

NEUTROGENA CORPORATION
A Delaware corporation

By: _____
President

ATTEST:

By: _____
Secretary

7

EXHIBIT 1          12

I, Dasha Lewin, Secretary of Neutrogena Corporation
Company, a corporation organized and existing under the laws
of the State of Delaware ("Subsidiary"), hereby certify as
such Secretary that the Agreement and Plan of Merger dated as
of February 17        , 1988, between Neutrogena Corporation
Company, a California corporation ("Parent"), and Subsidiary,
to which this certificate is attached, was duly consented to
in writing by Parent, the holder of all the outstanding stock
of Subsidiary, in accordance with Section 228 of Title 8 of
the General Corporation Law of the State of Delaware, and
that thereby such Agreement and Plan of Merger was duly
adopted as the act of the sole stockholder of Subsidiary and
the duly adopted agreement of such corporation.


                              _____
                                     DASHA LEWIN
                                      Secretary

EXHIBIT 1                    13

I, Dasha Lewin, Secretary of Neutrogena Corporation Company, a corporation organized and existing under the laws of the State of California ("Parent"), hereby certify as such Secretary that the Agreement and Plan of Merger dated as of February 17  , 1988, between Parent and Neutrogena Corporation Company, a Delaware corporation, to which this certificate is attached was duly submitted to the stockholders of Parent at the annual meeting of said stockholders called and held on the 17th day of February, 1988, pursuant to the Business Corporation Act of the State of California for the purpose, among other things, of considering and taking action upon the proposed Agreement and Plan of Merger, and that such Agreement and Plan of Merger was at such meeting duly adopted as the act of the stockholders of Parent in accordance with the laws of the State of California and the duly adopted agreement of such corporation.

_____
DASHA LEWIN
Secretary

9

EXHIBIT 1                    14



STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
P.O. BOX 942857
SACRAMENTO, CA 94257-0541

# TAX CLEARANCE
# CERTIFICATE

March 15, 1988

EXPIRATION DATE: June 15, 1988

William S. Gregory
Court Plaza Bldg.
901 H St., Ste. 400
Sacramento, CA  95814

ISSUED TO: NEUTROGENA CORPORATION
           Corporate Number 0438239

THIS CERTIFICATE IS VALID ONLY UPON THE SIMULTANEOUS QUALIFICATION OF
NEUTROGENA CORPORATION (A DELAWARE CORPORATION).

This is to certify that all taxes imposed under the Bank and
Corporation Tax Law on this corporation have been paid or are secured
by bond deposit or other security.

A copy of this Tax Clearance Certificate has been sent to the Office
of the Secretary of State.  This original Tax Clearance Certificate
may be retained in the files of the corporation.

By the Expiration Date noted above, this corporation must have filed
the documents required by the Secretary of State to dissolve, withdraw
or merge.  Requests for the appropriate documents must be directed to:
Office of the Secretary of State at 1230 J Street, Sacramento, CA
95814.  The telephone number is (916) 445-0620.

> NOTE:  If the required documents are not filed with
>        the Secretary of State prior to the Expiration
>        Date noted above, the corporation will remain
>        subject to the filing requirements of the Bank
>        and Corporation Tax Law.

FRANCHISE TAX BOARD

By J. Snyder
Tax Clearance Unit
Special Audit Section
Telephone (916) 369-4124

HH:me

FTB 2570-ATS  (REV. 4-86)

SECRETARY OF STATE

EXHIBIT 1                    15

EXHIBIT 2



# Delaware

### The First State

    I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "NEUTROGENA CORPORATION" TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "NEUTROGENA CORPORATION" TO "NEUTROGENA, LLC", FILED IN THIS OFFICE ON THE TWENTY-FOURTH DAY OF JUNE, A.D. 2015, AT 7:01 O'CLOCK P.M.

    AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF CONVERSION IS THE TWENTY-NINTH DAY OF JUNE, A.D. 2015, AT 9:10 O'CLOCK A.M.

2149495  8100V

150969376

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 2500209

DATE: 06-25-15

EXHIBIT 2

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 07:01 PM 06/24/2015*
*FILED 07:01 PM 06/24/2015*
*SRV 150969376 - 2149495 FILE*

# CERTIFICATE OF CONVERSION TO LIMITED LIABILITY COMPANY

## OF

## NEUTROGENA CORPORATION

Pursuant to the provisions of Section 18-214 of the Delaware Limited Liability Company Act, Neutrogena Corporation (the "Corporation") does hereby certify that:

1.     The Corporation was formed as a Delaware corporation pursuant to a Certificate of Incorporation filed with the Secretary of State of Delaware on January 18, 1988.

2.     The name of the Corporation immediately prior to the filing of this Certificate of Conversion is "Neutrogena Corporation".

3.     The name of the limited liability company into which the Corporation shall be converted and which is set forth in its certificate of formation is "Neutrogena, LLC".

4.     The effective time of the conversion of the Corporation into Neutrogena, LLC shall be at 9:10 a.m. Eastern Daylight Time on June 29, 2015.

5.     A certification of formation for Neutrogena, LLC is attached hereto and submitted for filing herewith.

*Signature Page Follows*

Dated: June 23, 2015

NEUTROGENA CORPORATION

_(signature)_

Name:  Lacey P. Elberg
Title:   Assistant Secretary

EXHIBIT 2



# Delaware

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF CERTIFICATE OF FORMATION OF "NEUTROGENA, LLC" FILED IN THIS OFFICE ON THE TWENTY-FOURTH DAY OF JUNE, A.D. 2015, AT 7:01 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF FORMATION IS THE TWENTY-NINTH DAY OF JUNE, A.D. 2015, AT 9:10 O'CLOCK A.M.

*2149495   8100V*

*150969376*

*You may verify this certificate online*
*at corp.delaware.gov/authver.shtml*

Jeffrey W. Bullock, Secretary of State

*AUTHENTICATION: 2500209*

*DATE: 06-25-15*

EXHIBIT 2

20

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 07:01 PM 06/24/2015*
*FILED 07:01 PM 06/24/2015*
*SRV 150969376 – 2149495 FILE*

## CERTIFICATE OF FORMATION

## OF

## NEUTROGENA, LLC

---

The undersigned, an authorized natural person, for the purpose of forming a limited liability company, under the provisions and subject to the requirements of the State of Delaware (particularly, Chapter 18, Title 6 of the Delaware Code and the acts amendatory thereof and supplemental thereto, and known, identified, and referred to as the "Delaware Limited Liability Company Act"), hereby certifies that:

FIRST: The name of the limited liability company (hereinafter called the "Company") is:

### Neutrogena, LLC

SECOND: The address of the registered office and the address of the registered agent of the Company required to be maintained by Section 18-104 of the Delaware Limited Liability Company Act are, 1209 Orange Street, Wilmington, County of New Castle, Delaware 19801, and the name of the registered agent is The Corporation Trust Company.

THIRD: To the fullest extent that the laws of the State of Delaware, as they exist on the date hereof or as they may hereafter be amended, permit the limitation or elimination of the liability of officers, no officer of the Company shall be personally liable to the Company or its member for damages for breach of any duty owed to the Company or its members. Neither the amendment or repeal of this provision nor the adoption of any provision of this Certificate of Formation which is inconsistent with this provision shall apply to or have any effect on the liability or alleged liability of any officer of the Company for or with respect to any act or omission of such officer occurring prior to such amendment, repeal or adoption.

FOURTH: The effective time of the formation shall be at 9:10 a.m. Eastern Daylight Time on the 29th day of June, 2015.

Executed on June 23, 2015

Lacey P. Elberg
Authorized Person

EXHIBIT 3

MRG

FILED

JUN 2 5 2015

STATE TREASURER

New Jersey Division of Revenue

## Certificate of Merger/Consolidation

This form may be used to record the merger or consolidation of a limited liability company, limited partnership or partnership with or into another business entity or entities, pursuant to NJSA 42, 42:2A and 42:2C Applicants must insure strict compliance with the requirements of State law and insure that all filing requirements are met. This form is intended to simplify filing with the New Jersey State Treasurer. Applicants are advised to seek out private legal advice before submitting filings to the State Treasurer's office. This merger is also pursuant to NJSA 14A.

5106246200

1. Type of Filing (check one):                Merger X            Consolidation

2. Name of Surviving Entity:

McNEIL-PPC, Inc.

3. Address of surviving Entity:

199 Grandview Road Skillman, NJ 08558

4. Name(s)/Jurisdiction(s) of All Participating Business Entities:

| Name | Jurisdiction | Identification # Assigned by Treasurer (if applicable) |
|---|---|---|
| McNEIL-PPC, Inc. | New Jersey | 5106246200 |
| Neutrogena, LLC | Delaware | |
| Johnson & Johnson Consumer Companies, LLC | Delaware | |
| Johnson & Johnson Sales and Logistics Company, LLC | New Jersey | 0600254773 |

5. Service of Process Address (For use if the surviving business entity is not authorized or registered by the State Treasurer):

The surviving business entity agrees that it may be served with process in this State in any action, suit or proceeding for the enforcement of any obligation of a merging or consolidating LLC, LP or partnership. The Treasurer is hereby appointed as agent to accept service of process in any such action, suit, or proceeding which shall be forwarded to the Surviving Business Entity at the Service of Process address stated above,

Date Merger/Consolidation adopted: June 23, 2015

Voting: (all corporations involved, attach additional sheets if necessary)
-a Corp Name McNEIL-PPC, Inc.                               Outstanding Shares 17,310
          If applicable, set forth the number and designation of any class or series of shares entitled to vote

Voting For___17,310___          Voting Against___0___

78473263.6

EXHIBIT 3                                    23

Merger/consolidation plan was adopted by the unanimous written consent of the shareholders without a meeting (check) X

-b  Corp Name                                     Outstanding Shares
      If applicable, set forth the number and designation of any class or series of shares entitled to vote

    Voting For_____                Voting Against_____

Merger/consolidation plan was adopted by the unanimous written consent of the shareholders without a meeting (check)

-c  Corp Name                                     Outstanding Shares
      If applicable, set forth the number and designation of any class or series of shares entitled to vote

    Voting For_____                Voting Against_____

Merger/consolidation plan was adopted by the unanimous written consent of the shareholders without a meeting (check)

-d  Corp Name                                     Outstanding Shares
      If applicable, set forth the number and designation of any class or series of shares entitled to vote

    Voting For_____                Voting Against_____

Merger/consolidation plan was adopted by the unanimous written consent of the shareholders without a meeting (check)

6.  Effective Date (see instructions):  The effective date and time of the merger shall be 10:00 a.m. Eastern Daylight Time on June 29, 2015.

7.  The Certificate of Incorporation of the Surviving Corporation, as in effect immediately prior to the effective time shall be amended at the effective time so that the name of the Surviving Corporation shall be changed to Johnson & Johnson Consumer Inc. and is identical to the "Amended and Restated Certificate of Incorporation" that is attached to this Certificate of Merger as Exhibit A and as so amended, such Amended and Restated Certificate of Incorporation shall be the Amended and Restated Certificate of Incorporation of the Surviving Corporation until thereafter changed or amended as provided therein or by applicable law.

8.  The undersigned represent(s) that the agreement of merger/consolidation is on file at the place of business of the surviving business entity and that the agreement of merger/consolidation has been approved and executed by each business entity involved.  Additionally, a copy of the merger/consolidation agreement has been or shall be furnished by the surviving entity to any member or any person having an interest.

2

EXHIBIT 3                                24
Jun 25 2015 10:52am  P009/014            Fax:

McNEIL-PPC, Inc.

_____
Lacey P. Elberg, Vice President

NEUTROGENA, LLC

_____
Lacey P. Elberg, Vice President

JOHNSON & JOHNSON CONSUMER
COMPANIES, LLC

_____
Jennifer M. Sheehy, Vise President

JOHNSON & JOHNSON SALES AND
LOGISTICS COMPANY, LLC

_____
Jennifer M. Sheehy, Vice President

Date: June 23, 2015

3

EXHIBIT 3                                25

Fax:                    Jun 25 2015 10:52am P010/014

# EXHIBIT A

## AMENDED AND RESTATED CERTIFICATE OF INCORPORATION

### OF

### JOHNSON & JOHNSON CONSUMER INC.

FIRST: The name of the corporation is Johnson & Johnson Consumer Inc.

SECOND: The address of the Corporation's registered office is One Johnson & Johnson Plaza, New Brunswick, New Jersey, 08933.

THIRD: The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the New Jersey Business Corporation Act of the State of New Jersey.

FOURTH: The aggregate number of shares which the Corporation shall have authority to issue is 100 shares of Common Stock, par value .01 per share.

FIFTH: In furtherance and not in limitation or the powers conferred upon it by law, the Board of Directors of the Corporation is expressly authorized to adopt, amend or repeal the By-laws of the Corporation.

SIXTH: The Corporation is to have perpetual existence.

SEVENTH: To the fullest extent that the laws of the State of New Jersey as they exist on the date hereof or as they may hereafter be amended, permit the limitation or elimination of the liability of directors or officers, no director or officer of the Corporation shall be personally liable to the Corporation or its stockholders for damages for breach of any duty owed to the Corporation or its stockholders. Neither the amendment or repeal of this provision nor the adoption of any provision of this Certificate of Incorporation which is inconsistent with this provision shall apply to or have any effect on the liability or alleged liability of any director or officer of the Corporation for or with respect to any act or omission of such director or officer occurring prior to such amendment, repeal or adoption.

(The remainder of this page intentionally left blank)

EXHIBIT 3                                26

Jun 25 2015 10:52am  P011/014                    Fax:

EXHIBIT 4

# State of California
## Secretary of State

## NAME CHANGE
## CERTIFICATE OF QUALIFICATION

### C0906691

I, ALEX PADILLA, Secretary of State of the State of California, hereby certify that on the **16th day of December, 2015**, there was filed in this office an Amended Statement and Designation by Foreign Corporation whereby the corporate name of **MCNEIL-PPC, INC.**, a corporation organized and existing under the laws of **New Jersey**, was changed to **JOHNSON & JOHNSON CONSUMER INC.**. This corporation complied with the requirements of California law in effect on that date for the purpose of qualifying to transact intrastate business in the State of California and as of said date has been and is qualified and authorized to transact intrastate business in the State of California, subject however, to any licensing requirements otherwise imposed by the laws of this State.

**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of December 19, 2015.



**ALEX PADILLA**
Secretary of State

EXHIBIT 4

A0778568

*0906691* (handwritten)

NCTO (handwritten, vertical)

## Amended Statement
## By Foreign Corporation

MISPLACED

**FILED** (handwritten: 6w)
Secretary of State
State of California

**DEC 1 6 2015**

(handwritten: 1w)   (handwritten: mc)

Johnson & Johnson Consumer Inc.
_____
[Name of Corporation]

_____ ,

a corporation organized and existing under the laws of New Jersey
_____ ,
[State or Place of Incorporation]

and which is presently qualified for the transaction of intrastate business in the State of

California, makes the following statement:

That the name of the corporation has been changed to that hereinabove set forth and

that the name relinquished at the time of such change was _____

McNeil-PPC, Inc.
_____

_____ .

_____
[Signature of Corporate Officer]

Lacey P. Elberg, Asst Secretary
_____
[Typed Name and Title of Officer Signing]

ASDC-Form (Rev. 01/2013)

California Secretary of State
www.sos.ca.gov/business/be
(916) 657-5448

CA030 - 10/06/2014 C T Filing Manager Online

EXHIBIT 4

30

EXHIBIT 4

## STATE OF NEW JERSEY
## DEPARTMENT OF TREASURY
## CERTIFICATE RELATIVE - MERGER

### JOHNSON & JOHNSON CONSUMER INC.

With the Previous or Alternate Name

### MCNEIL-PPC, INC.

*I, the Treasurer of the State of New Jersey, do hereby certify, that the above-named New Jersey Domestic Profit Corporation did on the 25th day of June, 2015, file and record in this department a Certificate of Merger of*

*into JOHNSON & JOHNSON CONSUMER INC. which is the surviving business entity. This certificate is herein issued as by the statutes of this State required.*



*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 4th day of December, 2015*

Ford M Scudder
Treasurer

Certificate Number: 137761874

Verify this certificate online at

https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

EXHIBIT 4

I hereby certify that the foregoing transcript of _____ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

DEC 1 9 2015

Date:_____

ALEX PADILLA, Secretary of State

EXHIBIT 4

33

# EXHIBIT 5

D1317986

*1609425*

# CERTIFICATE OF SURRENDER OF RIGHT
# TO TRANSACT INTRASTATE BUSINESS

**FILED**
Secretary of State
State of California

ICC **DEC 0 2 2015**

On behalf and by authority of:

Neutrogena Corporation
_____
(Name of Corporation)

_____, a corporation

organized under the laws of  Delaware
_____,
(State or Place of Incorporation)

the undersigned officer of said corporation does hereby certify and declare:

1. Said corporation hereby surrenders its right and authority to transact intrastate business in the State of California.

2. Said corporation hereby revokes its designation of agent for service of process in California.

3. Said corporation consents that process against it in any action upon any liability or obligation incurred within the State of California prior to the filing of this Certificate of Surrender of Right to Transact Intrastate Business may be served upon the California Secretary of State.

4. The post office address to which the California Secretary of State may mail copies of any process against the corporation that is served upon the Secretary of State is

5760 W. 96th Street, Los Angeles, CA 90045
_____

_____

5. A final franchise tax return, as described by Section 23332 of the Revenue and Taxation Code, has been or will be filed with the Franchise Tax Board, as required under Part 10.2 (commencing with Section 18401) of Division 2 of the Revenue and Taxation Code.

_____
(Signature of Corporate Officer)

Lacey Elberg, Vice President
_____
(Type or Print Name of Corporate Officer)

Secretary of State Form
SURRENDER-CORPORATION (REV 01/2013)

CA056 - 10 07/2014 C T Filing Manager Online

EXHIBIT 5                                            35

# EXHIBIT 6



**California Secretary of State**
Electronic Filing



FILED
Secretary of State
State of California

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | JOHNSON & JOHNSON CONSUMER INC. |
| Entity (File) Number: | C0906691 |
| File Date: | 12/14/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | NEW JERSEY |
| Document ID: | GM75911 |

**Detailed Filing Information**

1. Entity Name:

    JOHNSON & JOHNSON CONSUMER INC.

2. Business Addresses:

    a. Street Address of Principal Office in California:

    b. Mailing Address:

        199 Grandview Road
        Skillman , New Jersey 08558
        United States of America

    c. Street Address of Principal Executive Office:

        199 Grandview Road
        Skillman , New Jersey 08558
        United States of America

3. Officers:

    a. Chief Executive Officer:

        Michelle  W. Goodridge
        199 Grandview Road
        Skillman , New Jersey 08558
        United States of America

    b. Secretary:

        Lisa  G Jenkins
        199 Grandview Road
        Skillman , New Jersey 08558
        United States of America

Document ID: GM75911



# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.   Chief Financial Officer:

                                 Kevin  T Neat
                                 199 Grandview Road
                                 Skillman , New Jersey 08558
                                 United States of America

4.   Director:                                Not Applicable

                 Number of Vacancies on the Board of
                 Directors:                       Not Applicable

5.   Agent for Service of Process:     C T CORPORATION SYSTEM
                                   (C0168406)

6.   Type of Business:                  Holding company for divisions

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Dareth Jeffers

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GM75911