**EXHIBIT C**

JAMES F. MURDICA (SBN 315412)
 *JMurdica@btlaw.com*
SARAH E. JOHNSTON (SBN 259504)
 *Sarah.Johnston@btlaw.com*
NOUSHAN NOUREDDINI (SBN 278512)
 *NNoureddini@btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:    (310) 284-3880
Facsimile:    (310) 284-3894

Attorneys for Defendants
JOHNSON & JOHNSON (incorrectly named as
"Johnson & Johnson, Inc."); JOHNSON & JOHNSON
CONSUMER INC., f/k/a and Successor-in-Interest to
NEUTROGENA CORPORATION (incorrectly named
as "NEUTROGENA")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JESSICA MARCH,<br><br>          Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, INC., a New Jersey Corporation; NEUTROGENA; and DOES 1 through 100, Inclusive,<br><br>          Defendants. | Case No. 3:21-cv-4044<br><br>**DECLARATION OF NOUSHAN NOUREDDINI IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332, 1441(b), AND 1446 (DIVERSITY)**<br><br>Complaint Filed: April 23, 2021 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

I, Noushan Noureddini, declare as follows:

1.     I am an attorney duly admitted to practice law before this Court and all courts of the State of California.  I am an attorney at the law firm of Barnes & Thornburg LLP, counsel of record for Defendants Johnson & Johnson (incorrectly named as "Johnson & Johnson, Inc.") and Johnson & Johnson Consumer Inc., f/k/a and Successor-in-Interest to Neutrogena Corporation (incorrectly named as "Neutrogena") (hereinafter collectively "Removing Defendants").  I make this declaration in support of Removing Defendants' Notice of Removal.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently to the facts contained herein.

2.     On or about May 24, 2021, I ran comprehensive public background checks on a person by the name of Jessica March.  Attached hereto as **Exhibit 1** is a true and correct copy of relevant and redacted excerpts from the Westlaw PeopleMap Report generated on May 24, 2021 on a person by the name of Jessica March, date of birth 12/XX/1972.  Based on information and belief, Plaintiff Jessica March is the person referred to in this report, which establishes that Plaintiff has continuously resided in the State of California since at least 1995.  Based on information and belief and according to Exhibit 1 attached hereto:

        a.     Plaintiff currently resides in Brentwood, California in the County of Contra Costa.  She has resided at the same address since 2014.

        b.     The only reported residences for Plaintiff are in the State of California.  There are 17 California addresses associated with Plaintiff from 1995 to May 24, 2021.

        c.     Since December of 2012 through the present, Plaintiff has had utilities in Pleasanton and Brentwood, California.

        d.     The only full phone numbers associated with Plaintiff have California area codes.  Plaintiff is associated with the area code of 925, which serves the East Bay counties of Contra Costa and Alameda.

        e.     Plaintiff's Social Security Number was first issued in California in 1988.

There is no reference to the State of New Jersey anywhere in Exhibit 1.

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

**DECLARATION OF NOUSHAN NOUREDDINI IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332, 1441(b), AND 1446 (DIVERSITY)**

3. Attached hereto as **Exhibit 2** is a true and correct copy of the docket of a summary of a dissolution of marriage action entitled *Jessica March v. Steven March*, filed on May 11, 2011 in the Superior Court of the State of California, County of Contra Costa.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 27th day of May, 2021 in Los Angeles, California.

Noushan Noureddini

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

**EXHIBIT 1**

Possible People Information                                               2
   Person Overview                                        2
   Date of Birth Summary                                  2
   SSN Summary                                            2
   Name Variations                                        2
   Addresses                                              3
   Utility Records                                        6
   Phone Numbers                                          6
   Bank Account Header Records                            6
Possible Adverse Information                                              6
   Risk Flags Analysis                                    6
   Criminal & Infraction Records                          17
   Arrest Records                                         17
   Liens & Judgments                                      17
   Bankruptcy Records                                     18
   Dockets                                                18
Full-Text Documents                                                      18
   All Full-Text Documents                                18
Associate Analytics                                                      51
   Associate Analytics Chart                              51
Possible Relatives & Household Members                                   53
   Household Records                                      53
   Relatives Analysis                                     54
   Other Address Associations                             59
Possible Neighbors                                                       81
   Neighbors of Current & Previous Addresses              81
Possible Named Parties                                                   100
   People Associations                                    100
   Business Associations                                  100
No Documents Found                                                       100
   No Documents Were Found In These Sources               100
Permissible Uses and FCRA Disclaimer                                     101
   Permissible Uses                                       101

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Possible People Information

**Person Overview**

| JESSICA A MARCH | |
|---|---|
| 744 SUMMERWOOD DR<br><br>BRENTWOOD, CA 94513-1869 \| CONTRA COSTA County<br><br>**Phone Number(s):**<br><br>925-▓▓▓▓▓<br><br>925-▓▓▓▓▓<br><br>925-▓▓▓▓▓<br><br>**SSN:**<br><br>▓▓▓-XXXX - issued in CA in 1988<br><br>**DOB:**<br><br>12/XX/1972 (Age: 48)<br><br>**Spouse/Close Association:**<br><br>STEVEN |  |

**Date of Birth Summary**

| Date of Birth | Source |
|---|---|
| 12/XX/1972 (Age: 48) | Bank Account Header Records  \|  Experian Credit Header  \|  Experian Credit Header Real Time |
| 09/XX/1974 (Age: 46) | People Find  \|  People Historical |

**SSN Summary**

| SSN | Source |
|---|---|
| ▓▓▓-XXXX - issued in CA in 1988 | Bank Account Header Records  \|  Docket  \|  Equifax Credit Header  \|  Experian Credit Header  \|  Experian Credit Header Real Time  \|  People Find #1  \|  People Find #2  \|  People Historical  \|  Utility #1  \|  Utility #2  \|  Utility #3  \|  Utility #4 |
| ▓▓▓-XXXX - issued in CA in 1988 | Experian Credit Header  \|  Experian Credit Header Real Time |

**Name Variations**

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Name | Source |
|------|--------|
| JESSICA MARSH | Experian Credit Header     Experian Credit Header Real Time |
| JESSICA M LIVESTOCK | Experian Credit Header     Experian Credit Header Real Time |
| JESSICA MARCH | Experian Credit Header     Experian Credit Header Real Time     Liens and Judgments #1     Liens and Judgments #2     Liens and Judgments #3     Liens and Judgments #4     People Find #1     People Find #2     People Household     Utility #1     Utility #2     Utility #3 |
| JESSICA A SMYSER | Experian Credit Header Real Time     People Find #1     People Find #2     People Historical #1     People Historical #2 |
| JESSICA SMYSER | Experian Credit Header Real Time     People Find #1     People Find #2 |
| JESSICA ANN RAY | Experian Credit Header Real Time     People Find #1     People Find #2     People Historical |
| JESSICA A RAY | Equifax Credit Header |
| JESSICA ANN MARCH | Bank Account Header Records     Criminal&Infraction #1     Criminal&Infraction #2     Criminal&Infraction #3     Criminal&Infraction #4     Equifax Credit Header     Experian Credit Header Real Time |
| JESSICA ANNE MARCH | Arrest |
| JESSICA A MARCH | Docket     Experian Credit Header Real Time |
| JESSICA MARIAH MARSH | Criminal&Infraction #1     Criminal&Infraction #2 |
| JESSIA MARCH | Experian Credit Header Real Time |
| JESSICA SMYFER | Experian Credit Header Real Time |

**Addresses**

| Address |
|---------|
| **744 SUMMERWOOD DR, BRENTWOOD, CA 94513-1869 \| CONTRA COSTA County** |

*Reported 03/14/2014 - 04/21/2021*

By Experian Credit Header Real Time 07/26/2014 - 04/21/2021     Experian Credit Header Real Time

By People Find 04/30/2020 - 04/30/2020     People Find

By People Household 01/01/2018 - 01/31/2020     People Household

By Experian Credit Header 07/26/2014 - 10/14/2018     Experian Credit Header

By Bank Account Header Records 08/09/2016 - 08/09/2016     Bank Account Header Records

By Equifax Credit Header 08/01/2015 - 08/31/2015     Equifax Credit Header

By Utility 03/14/2014 - 08/30/2015     Utility #1     Utility #2     Utility #3

**2930 ROSSMORE LN, SAN JOSE, CA 95148-3525 \| SANTA CLARA County**

Thomson Reuters. No claim to original U.S. Government Works.

3

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

*Reported 03/09/2020 - 03/09/2020*

By Experian Credit Header 03/09/2020 - 03/09/2020     Experian Credit Header

### PO BOX 22, BYRON, CA 94514-0022 | CONTRA COSTA County

*Reported 08/08/2002 - 11/01/2013*

By Experian Credit Header 08/08/2002 - 11/01/2013     Experian Credit Header

By People Find 07/01/2013 - 07/01/2013     People Find #1     People Find #2

By Utility 12/31/2012 - 12/31/2012     Utility

By People Household 01/01/2003 - 12/31/2011     People Household

By Equifax Credit Header 10/01/2002 - 10/31/2002     Equifax Credit Header

### 20650 MARSH CREEK RD, BRENTWOOD, CA 94513-4815 | CONTRA COSTA County

*Reported 10/20/2003 - 10/01/2013*

By Experian Credit Header 10/20/2003 - 10/01/2013     Experian Credit Header

By Experian Credit Header Real Time 10/20/2003 - 10/01/2013     Experian Credit Header Real Time

By Equifax Credit Header 09/01/2005 - 09/30/2005     Equifax Credit Header

By Bank Account Header Records     Bank Account Header Records

### 4544 HARPER CT, PLEASANTON, CA 94588-3814 | ALAMEDA County

*Reported 12/31/2012 - 12/31/2012*

By Utility 12/31/2012 - 12/31/2012     Utility

### 1790 GAMAY DR, OAKLEY, CA 94561-1938 | CONTRA COSTA County

*Reported 09/01/2001 - 09/09/2007*

By Experian Credit Header 09/07/2001 - 09/09/2007     Experian Credit Header

By Experian Credit Header Real Time 09/07/2001 - 09/09/2007     Experian Credit Header Real Time

By People Find 09/15/2001 - 01/23/2003     People Find #1     People Find #2

By Equifax Credit Header 09/01/2001 - 09/30/2001     Equifax Credit Header

### MR 1790 GAMAY DR, OAKLEY, CA 94561 | CONTRA COSTA County

*Reported 06/23/2006 - 06/23/2006*

By Experian Credit Header 06/23/2006 - 06/23/2006     Experian Credit Header

### 1569 MACHADO CT, CONCORD, CA 94521-1935 | CONTRA COSTA County

*Reported 07/01/1999 - 06/29/2004*

By Experian Credit Header 07/24/1999 - 06/29/2004     Experian Credit Header

By Experian Credit Header Real Time 07/24/1999 - 06/29/2004     Experian Credit Header Real Time

By People Find 07/01/1999 - 07/01/1999     People Find #1     People Find #2

### 1036 ALLISON AVE, SAINT HELENA, CA 94574-1306 | NAPA County

*Reported 12/21/1994 - 01/23/2003*

By People Find 08/01/2000 - 01/23/2003     People Find #1     People Find #2

By Experian Credit Header 12/21/1994 - 09/30/1997     Experian Credit Header

Thomson Reuters. No claim to original U.S. Government Works.

4

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

By Experian Credit Header Real Time 12/21/1994 - 09/30/1997      Experian Credit Header Real Time

By People Historical      People Historical

---

### 1334 VIDOVICH AVE, SAINT HELENA, CA 94574-2029 | NAPA County

*Reported 01/01/1995 - 01/23/2003*

By People Find 07/19/2001 - 07/19/2001      People Find #1      People Find #2

By Experian Credit Header 09/05/1995 - 10/10/1999      Experian Credit Header

By Experian Credit Header Real Time 09/05/1995 - 10/10/1999      Experian Credit Header Real Time

By People Historical 01/01/1995 - 12/31/1995      People Historical #1      People Historical #2

---

### 143 ROSE LN, SAINT HELENA, CA 94574-9723 | NAPA County

*Reported 07/17/1995 - 01/23/2003*

By People Find 11/13/2000 - 11/13/2000      People Find #1      People Find #2

By Experian Credit Header 07/17/1995 - 03/19/1997      Experian Credit Header

By Experian Credit Header Real Time 07/17/1995 - 03/19/1997      Experian Credit Header Real Time

By People Historical 01/01/1996 - 12/31/1996      People Historical

---

### 1815 PARK ST, SAINT HELENA, CA 94574-1027 | NAPA County

*Reported 08/27/1997 - 01/23/2003*

By Experian Credit Header 08/27/1997 - 08/11/2001      Experian Credit Header

By Experian Credit Header Real Time 08/27/1997 - 08/11/2001      Experian Credit Header Real Time

By People Find 09/01/1997 - 09/01/1997      People Find #1      People Find #2

---

### 2485 CAMINO DIABLO, BYRON, CA 94514-0030 | CONTRA COSTA County

*Reported 07/03/2002 - 08/29/2002*

By Experian Credit Header 07/03/2002 - 08/29/2002      Experian Credit Header

By Experian Credit Header Real Time 07/03/2002 - 08/29/2002      Experian Credit Header Real Time

---

### 2390 N MAIN ST, WALNUT CREEK, CA 94596-3546 | CONTRA COSTA County

*Reported 09/19/2001 - 09/19/2001*

By Experian Credit Header 09/19/2001 - 09/19/2001      Experian Credit Header

By Experian Credit Header Real Time 09/19/2001 - 09/19/2001      Experian Credit Header Real Time

---

### 1569 MARCH CT, CONCORD, CA 94521 | CONTRA COSTA County

*Reported 10/16/2000 - 10/16/2000*

By Experian Credit Header 10/16/2000 - 10/16/2000      Experian Credit Header

---

### 1334 VIDOVICH AVE, SAINT HELENA, CA 94574-2020 | NAPA County

*Reported 09/05/1995 - 10/10/1999*

By Experian Credit Header Real Time 09/05/1995 - 10/10/1999      Experian Credit Header Real Time

Thomson Reuters. No claim to original U.S. Government Works.

5

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

---

**PO BOX 3254, SAINT HELENA, CA 94574 | NAPA County**

*Reported 01/01/1995 - 12/31/1995*

By People Historical 01/01/1995 - 12/31/1995       People Historical

**Utility Records**

| Type of Utility | Address | Connection Date | Confidence Score | View Full Text |
|---|---|---|---|---|
| MISCELLANEOUS | 744 SUMMERWOOD DR BRENTWOOD, CA 94513-1869 | 08/30/2015 | 99% | Full-Text |
| CONVENIENCE | 744 SUMMERWOOD DR BRENTWOOD, CA 94513-1869 | 06/14/2014 | 99% | Full-Text |
| CONVENIENCE | 744 SUMMERWOOD DR BRENTWOOD, CA 94513-1869 | 03/14/2014 | 99% | Full-Text |
| CONVENIENCE | 4544 HARPER CT PLEASANTON, CA 94588-3814 | 12/31/2012 | 99% | Full-Text |

**Phone Numbers**

| Phone | Source |
|---|---|
| 925-█████ | Bank Account Header Records   |   Experian Credit Header Real Time   |   Utility #1   |   Utility #2   |   Utility #3 |
| 925-█████ | Experian Credit Header Real Time |
| 925-█████ | Experian Credit Header Real Time |
| 925-█████ | Experian Credit Header Real Time |
| ██-██ | People Find #1   |   People Find #2 |

**Bank Account Header Records**

| City | State | Last Activity Date | Confidence Score | View Full Text |
|---|---|---|---|---|
| BRENTWOOD | CA | 20160809 | 99% | Full-Text |

# Possible Adverse Information

**Risk Flags Analysis**

# List of Possible Risk Flags

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

| Risk Flags Name | Yes/No |
|---|---|
| Associate or Relative with a Prison Address on Record | No |
| P.O. Box Listed as Address | Yes |
| SSN Format is Invalid | No |
| World-Check Listing | No |
| Arrest Record | Yes |
| Address 1st Reported <90 Days | No |
| Residential Address Used as a Business Address | No |
| Recorded as Deceased | No |
| Person Associated with Marijuana Related Business | No |
| SSN Matches Multiple Individuals | Yes |
| Associate or Relative with P.O. Box Listed as Address | Yes |
| Global Sanctions | No |
| OFAC Listing | No |
| Prison Address on Record | No |
| Multiple SSNs | No |
| Age Younger than SSN Issue Date | No |
| Bankruptcy | Yes |
| Criminal Record | Yes |
| SSN Is an ITIN | No |
| Telephone Number Inconsistent with Address | No |
| Associate or Relative With a Residential Address Used as a Business Address | Yes |

## Risk Flag Details

| P.O. Box Listed as Address | |
|---|---|
| **Address:** | **Source:** |
| PO BOX 22, BYRON, CA 94514-0022 \| CONTRA COSTA County | Experian Credit Header |
| | People Find |
| | People Household |
| | Utility |
| | Equifax Credit Header |
| **Address:** | **Source:** |
| PO BOX 3254, SAINT HELENA, CA 94574 \| NAPA County | People Historical |
| **Arrest Record** | |
| Full-Text | |

Thomson Reuters. No claim to original U.S. Government Works.

7

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

| Debtor | Creditor | Amount | Confidence Score | View Full Text |
|--------|----------|--------|------------------|----------------|
| MARCH, JESSICA | INTERNAL REVENUE SERVICE | ███ | 97% | Full-Text |
| MARCH, JESSICA | INTERNAL REVENUE SERVICE | ███ | 97% | Full-Text |
| MARCH, JESSICA A | SACHIKO SANCHEZ | | 99% | Full-Text |
| MARCH, JESSICA | INTERNAL REVENUE SERVICE | ███ | 97% | Full-Text |
| MARCH, JESSICA | INTERNAL REVENUE SERVICE | ███ | 97% | Full-Text |

**Bankruptcy Records**

| Court | Filing Date | Confidence Score | View Full Text |
|-------|-------------|------------------|----------------|
| CA-NBKR | 02/24/2005 | 99% | Full-Text |

**Dockets**

| Court | Filing Date | Confidence Score | View Full Text |
|-------|-------------|------------------|----------------|
| Twelfth Judicial Circuit | 11/26/2018 | 62% | Full-Text |
| SUPERIOR COURT | 07/10/2001 | 62% | Full-Text |
| Twelfth Judicial Circuit | 07/14/2000 | 62% | Full-Text |

# Full-Text Documents

**All Full-Text Documents**

## Utility Records (4)

To Summary

| Utility Record |
|:--------------:|

## Source Information

| Information Current Through: | 05/23/2021 |
|------------------------------|------------|
| Database Last Updated: | 05/23/2021 |
| Update Frequency: | DAILY |
| Current Date: | 05/24/2021 |

## Address Information

| Service Address: | 744 SUMMERWOOD DR BRENTWOOD, CA 94513-1869 |
|------------------|--------------------------------------------|

Thomson Reuters. No claim to original U.S. Government Works.

18

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Source: | EQUIFAX |
|---------|---------|

## Individual Information

| Name: | JESSICA A MARCH |
|-------|-----------------|
| SSN: | ████-XXXX |
| Service Type: | MISCELLANEOUS |
| Connect Date: | 08/30/2015 |
| Reported Date: | 08/30/2015 |

End of Document      © 2021 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

---

**Utility Record**

## Source Information

| Information Current Through: | 05/23/2021 |
|------------------------------|------------|
| Database Last Updated: | 05/23/2021 |
| Update Frequency: | DAILY |
| Current Date: | 05/24/2021 |
| Source: | EQUIFAX |

## Address Information

| Service Address: | 744 SUMMERWOOD DR BRENTWOOD, CA 94513-1869 |
|------------------|---------------------------------------------|
| Billing Address: | 744 SUMMERWOOD DR BRENTWOOD, CA 94513-1869 |

## Individual Information

| Name: | JESSICA MARCH |
|-------|---------------|
| SSN: | ████-XXXX |
| Service Type: | CONVENIENCE |
| Connect Date: | 06/14/2014 |
| Reported Date: | 06/14/2014 |
| Contact Phone: | 925-████ |

End of Document      © 2021 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

---

**Utility Record**

## Source Information

## Address Information

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Information Current Through: | 05/23/2021 | Service Address: | 744 SUMMERWOOD DR BRENTWOOD, CA 94513-1869 |
| --- | --- | --- | --- |
| Database Last Updated: | 05/23/2021 | | |
| Update Frequency: | DAILY | Billing Address: | 744 SUMMERWOOD DR BRENTWOOD, CA 94513-1869 |
| Current Date: | 05/24/2021 | | |
| Source: | EQUIFAX | | |

## Individual Information

| Name: | JESSICA MARCH |
| --- | --- |
| SSN: | ███-XXXX |
| Service Type: | CONVENIENCE |
| Connect Date: | 03/14/2014 |
| Reported Date: | 03/14/2014 |
| Contact Phone: | 925-███ |

**End of Document**                    © 2021 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**Utility Record**

## Source Information

## Address Information

| Information Current Through: | 05/23/2021 | Service Address: | 4544 HARPER CT PLEASANTON, CA 94588-3814 |
| --- | --- | --- | --- |
| Database Last Updated: | 05/23/2021 | | |
| Update Frequency: | DAILY | Billing Address: | PO BOX 22 BYRON, CA 94514-0022 |
| Current Date: | 05/24/2021 | | |
| Source: | EQUIFAX | | |

## Individual Information

| Name: | JESSICA MARCH |
| --- | --- |
| SSN: | ███-XXXX |
| Service Type: | CONVENIENCE |
| Connect Date: | 12/31/2012 |
| Reported Date: | 12/31/2012 |
| Contact Phone: | 925-███ |

**End of Document**                    © 2021 Thomson Reuters. No claim to original U.S. Government Works.

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

| Address Last Reported: | 03/19/1997 |
|---|---|

End of Document                                    © 2021 Thomson Reuters. No claim to original U.S. Government Works.

## Equifax Credit Header Records (1)

To Summary

| CREDIT HEADER |
|---|

**Source Information**

| Information Current Through: | 02/24/2021 |
|---|---|
| Database Last Updated: | 03/01/2021 |
| Update Frequency: | MONTHLY |
| Current Date: | 05/24/2021 |
| Source: | EQUIFAX CREDIT HEADER |

**Individual Information**

| Name: | MARCH, JESSICA ANN |
|---|---|
| Also Known As: | RAY, JESSICA A |
| SSN: | ■-XXXX |
| SSN Status | CONFIRMED |
| Birthday: | DECEMBER XX |

**Last Known Address Information**

| Current Address: | 744 SUMMERWOOD DR<br>BRENTWOOD, CA 94513 |
|---|---|
| Address On File Since: | 08/2015 |

**Other Address Information**

| Previous Address: | PO BOX 22<br>BYRON, CA 94514 |
|---|---|
| Address On File Since: | 10/2002 |
| Previous Address: | 20650 MARSH CREEK RD<br>BRENTWOOD, CA 94513 |
| Address On File Since: | 09/2005 |
| Previous Address: | 1790 GAMAY DR<br>OAKLEY, CA 94561 |
| Address On File Since: | 09/2001 |

End of Document                                    © 2021 Thomson Reuters. No claim to original U.S. Government Works.

## Bank Account Header Records (1)

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

To Summary

| Bank Account Header Record |
|:---:|

**Source Information:**

| Information Current Through: | 03/12/2020 |
|---|---|
| Database Last Updated: | 03/17/2021 |
| Update Frequency: | MONTHLY |
| Current Date: | 05/24/2021 |
| Source: | BANK ACCOUNT HEADER RECORDS |
| Record Last Updated: | 08/09/2016 |
| | |

**Individual Information:**

| Name: | MARCH, JESSICA ANN |
|---|---|
| Last Reported: | 08/09/2016 |
| | |

**Social Security/Individual Taxpayer Identification Number:**

| Most Recent SSN/ITIN: | ███-XXXX |
|---|---|
| Last Reported: | 08/09/2016 |
| | |

**Date of Birth Information:**

| Date of Birth: | 12/XX/1972 |
|---|---|
| Last Reported: | 08/09/2016 |
| | |

**Driver's License Information:**

| Driver's License: | ████████ |
|---|---|
| Issue State: | CA |
| Last Reported: | 08/09/2016 |
| | |

**Address Information:**

| Current Address: | 744 SUMMERWOOD DR BRENTWOOD, CA 94513-1869 |
|---|---|
| Last Reported: | 08/09/2016 |
| | |
| Previous Address: | 20650 MARSH CREEK RD |

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

**No Documents Were Found In These Sources**

| | |
|---|---|
| Aircraft Records | BusFindCanada |
| BusFindUS | Business Profile |
| Conceal & Carry Weapons Permits | Corporate Records & Business Registrations |
| D&B Worldbase | Death Records |
| Divorce Records | DMI |
| Drivers Licenses | Email Address Records |
| Executive Affiliations | Executive Bios |
| FBN/DBA | FEIN |
| Global Sanctions | Healthcare Licenses |
| Healthcare Sanctions | Historical Address Records |
| Hunting & Fishing Licenses | International Business Profile |
| Lawsuit Records | Marijuana Related Businesses |
| Marriage Records | Motor Vehicle Service & Warranty Records |
| National Provider Identifier | New Movers Records |
| OFAC | People Canada Records |
| Phone Records | Political Donors |
| Professional Licenses | Real Property Pre-Foreclosure Records |
| Real Property Tax Assessor Records | Real Property Transactions |
| Real-Time Motor Vehicles | Stock |
| Transunion Phone Records | UCC Records |
| Unclaimed Assets | Vehicle Registrations |
| Voter Registrations | Watercraft Records |
| Work Affiliations | |

# Permissible Uses and FCRA Disclaimer

**Permissible Uses**

DPPA - For use in connection with a civil, criminal, or arbitral legal proceeding or legal research.
GLB - For use by a person holding a legal or beneficial interest relating to the consumer.
VOTERS - NO PERMISSIBLE USE.
Skip Tracing for Consumer Collections Declaration - Are you using this product for skip tracing related to consumer debt collection? - No

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

**EXHIBIT 2**



## Case MSD11-02197 - Complaints/Parties

| | |
|---|---|
| **Complaint Number:** 1 | |
| **Complaint Type:** | Dissolution With Children |
| **Filing Date:** | 05/11/2011 |
| **Complaint Status:** | DISMISSED 06/03/2011 |

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 1 | PETITIONER | JESSICA ANN MARCH | Pro Per | DISMISSED 06/03/2011 |
| 2 | RESPONDENT | STEVEN ANTHONY MARCH | | DISMISSED 06/03/2011 |

## Case MSD11-02197 - Actions

| Viewed | Date | Action Text | Disposition | Image |
|---|---|---|---|---|
| | 05/10/2012 7:00 AM DEPT. 12 | CHECK FOR DISPO/JUDGMENT | VACATED | |
| | 08/19/2011 7:00 AM DEPT. 12 | CLERK TICKLER TO CHECK FOR PROOF OF SERVICE | VACATED | |
| | 06/03/2011 | FAMILY LAW CAD BEFORE HEARING - OTHER DISMISSAL | Not Applicable | |
| | 05/26/2011 7:00 AM DEPT. 12 | CHECK FOR PAYMENT OF $395 1ST PAPER FEES BY PETITIONER | VACATED | |
| | 05/11/2011 | ORDER ON COURT FEE WAIVER AS TO JESSICA ANN MARCH IS DENIED | DENIED | |
| | 05/11/2011 | CLERK'S TICKLER WAS SET ON 5/26/11, AT 7:00 IN DEPARTMENT 12 | | |
| | 05/11/2011 | INCOME & EXPENSE DECLARATION FILED BY JESSICA ANN MARCH | Not Applicable | |
| | 05/11/2011 | CLERK'S TICKLER TO CHECK FOR PROOF OF SERVICE WAS SET FOR 8/19/11 AT 7:00 IN DEPT. 12 | | |
| | 05/11/2011 | CLERK'S TICKLER TO CHECK FOR DISPO/JUDGMENT WAS SET FOR 5/10/12 AT 7:00 IN DEPT. 12 | | |
| | 05/11/2011 | COPY OF ORDER DENYING FEE WAIVER TO PETITION VIA US MAIL - FEES DUE NLT 05-26-11 | Not Applicable | |

| | 05/11/2011 | CASE ENTRY COMPLETE | Not Applicable | |
| | 05/11/2011 | COLOR OF FILE (FAMILY LAW): YELLOW | Not Applicable | |
| | 05/11/2011 | ZIP CODE OF INTIAL FILING PARTY IS: 94514 | Not Applicable | |
| | 05/11/2011 | APPLICATION FOR WAIVER OF COURT FEES AND COSTS FILED BY JESSICA ANN MARCH | | |
| | 05/11/2011 | (FAMILY LAW) SUMMONS ON DISSOLUTION WITH CHILDREN FILED 05/11/2011 OF JESSICA MARCH FILED | Not Applicable | |
| | 05/11/2011 | PETITION FOR DISSOLUTION FILED. SUMMONS IS ISSUED | Not Applicable | |
| | 05/11/2011 | CASE HAS BEEN ASSIGNED TO DEPT. 12 | | |



**Case MSD11-02197 - Pending Hearings**

| Date | Action Text | Disposition | Image |

